(41 South. 477.)

No. 16,183.

STATE v. ROGERS et al.

(June 18, 1906.)

CRIMINAL LAW—APPEAL—DISMISSAL.

Appeal dismissed on the admission that the defendant and appellee has been hanged by a mob.

[Ed. Note.—For cases in point, see vol. 15, Cent. Dig. Criminal Law, §§ 2701, 2971–2975.]

(Syllabus by the Court.)

Appeal from Ninth Judicial District Court, Parish of Madison; Francis Xavier Ransdell, Judge.

Robert T. Rogers and others were indicted for murder and discharged, and the state appeals. Dismissed.

See 38 South. 952, 115 La. 164.

Walter Guion, Atty. Gen., and John R. McIntosh, Dist. Atty. (Frederick Gray Hudson, E. Tyler Lamkin, Henry Bernstein, and George Wesley Smith, of counsel), for the State. Carey J. Ellis, H. Flood Madison, T. S. Ward, Elstner & Land, George S. Dodds, and David Mandeville Evans, Jr., for appellees.

On Motion to Dismiss.

LAND, J. Defendant, Robert T. Rogers, charged with murder, was discharged on a plea of former jeopardy, and the state appealed. Counsel for defendant have moved this court to dismiss the appeal on the ground, which is admitted by the state, that said defendant and appellee is dead, having been taken from jail and hanged by a mob. We are advised that a prosecution is pending in the district court against the alleged lynchers.

Appeal dismissed.